**Steven Hairl WILHELM,
Plaintiff–Appellant,**

v.

**Jeannie WOODFORD, Defendant–
Appellee.**

**No. 15–15276.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2015.\*

Filed Aug. 4, 2015.

Steven Hairl Wilhelm, Chowchilla, CA, pro se.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

## MEMORANDUM **

California state prisoner Steven Hairl Wilhelm appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his health and safety due to his exposure to environmental tobacco smoke while housed in prison. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Hamilton v. Brown,* 630 F.3d 889, 892 (9th Cir.2011) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)). We affirm.

The district court properly dismissed Wilhelm's action because Wilhelm failed to allege facts sufficient to show that defendant Woodford knew of and disregarded a substantial risk of serious harm to Wilhelm. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) ("[A] prison official cannot be found liable under the Eighth Amendment ... unless the official knows of and disregards an excessive risk to inmate health[.]"); *see also Hebbe v. Pliler,* 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are liberally construed, plaintiff must al-

lege facts sufficient to state a plausible claim).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

Wilhelm's motion for leave to file an amended complaint is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

